**2014–0024. Williams v. State.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0030. Williams v. Corrigan.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0031. State ex rel. Rains v. Cooper.**
In Mandamus. On suggestion of mootness. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0051. State ex rel. Bronston v. State.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1997–1453. State v. Becker.**
Holmes App. No. 96CA551. On motion for release of trial presentence investigation report needed to file new delayed appeal. Motion denied.

**2002–0177. State v. Becker.**
Holmes App. No. 01CA006. On motion for release of trial presentence investigation report needed to file new delayed appeal. Motion denied.

**2013–0945. State ex rel. Cincinnati Enquirer v. Sage.**
Butler App. No. CA2012–06–122, 2013-Ohio-2270. On motion for oral argument. Motion granted.
O'CONNOR, C.J., and LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
PFEIFER and O'DONNELL, JJ., dissent.

**2013–1338. McBroom v. Bob–Boyd Lincoln Mercury, Inc.**
Franklin App. Nos. 12AP–829 and 12AP–830, 2013-Ohio-1679. On motion to clarify jurisdiction. Motion denied.

**2013–1445. Cireddu v. Clough.**
Lake App. No. 2012–L–103, 2013-Ohio-2042. On motion for clarification of entry declining jurisdiction. Motion denied.

**2014–0047. State v. Daniels.**
Hamilton App. No. C–130150. On motion for delayed appeal. Motion denied.
KENNEDY and O'NEILL, JJ., dissent.

**2014–0057. State v. Cedeno.**
Cuyahoga App. No. 98500, 2013-Ohio-821. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–0061. State v. Logan.**
Cuyahoga App. No. 99434, 2013-Ohio-4493. On motion for delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days from the date of this entry.
O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2014–0065. State v. Reid.**
Lorain App. No. 12CA010265, 2013-Ohio-4274. On motion for delayed appeal. Motion denied.
PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2014–0101. State v. Ogle.**
Hocking App. Nos. 11CA29, 11CA32, 12CA2, 12CA11, 12CA12, 12CA19, and 13CA9, 2013-Ohio-3770. On motion for delayed appeal. Motion denied.
PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.